2 0 -   3 1 7

IN THE FEDERAL COURT OF DELWARE

FILED

MAR – 2 2020

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

LaKeshia R. Edmond

Plaintiff

Crystal Sleigthton

Defendant

On this February 24th day Miss Edmond files federal charges against the Defendant Crystal Sleigthton of Houston Texas and thus due to the Obstruction of Justice by Federal Agent Derrick Edmond of Michigan and now of the State of Texas being involved in occult activity that Mrs. Sleigthton does. Mrs. Sleigthton where she uses Illuminati and other matters to attack Miss Edmond.

Her most recent attack was the stabbing of Mr. Jones of Houston Texas being the relative of Federal Agent of Dallas Texas Derrick Edmond and Miss the relative of Miss Edmond who draws this suit as well as stating that she has sent 148 numerous emails asking Crystal Sleigthton to leave her alone but Derrick Edmond does not do anything to help her.

Miss Edmond who is Schizophrenic does not understand how if she is sending the Senator of Texas, Ted Cruz, to leave her alone.

Miss Edmond has mentioned that she is the SOS of Arkansas and thus again per emails that have been enclosed as attachments Mayor Frank Jr does not deny the matter.

Thus, on this day that Miss Edmond files federal charges against the Crystal Sleigthton and the State of Texas and thus requesting that Mrs. Sleigthton be made to go to federal prison along with Derrick Edmond, and Ted Cruz for the maximum number of years as well as parental rights being taken.

Miss Edmond requests that she be given the LSB, True Worth, previous cases in Tarrant county that were filed this year awarded to her, where Derrick Edmond interfered as well as Ted Cruz.

Miss Edmond is requesting that she be awarded Four Hundred Million dollars from the State of Texas and also to assist with the homeless in Downtown Fort Worth and helping them get off the streets of Lancaster.

*Miss Edmond also requeste ful ownership of the financial instution in which Mixfitz Studio as well 4 suisha those as well as her club back in Huston Texas Club women.*

Wherefore we prayerfully submit this for Summary Judgement.

Sincerely,

LaKeshia R. Edmond

11504 Gloriosa Drive

Fort Worth, Texas 76244

LaKeshia R. Edmond
11504 Gloriosa Drive
Ft. Worth TX 76244



CERTIFIED MAIL

7001 1140 0001 4459 7925



U.S. POSTAGE PAID
PM 2-Day
FORT WORTH, TX
76102
FEB 27 20
AMOUNT
$12.00
1004     19801     R2305P151507-33



Label 107R, January 2008

Visit us at usps.com

UNITED STATES POSTAL SERVICE

PRIORITY MAIL®

Delware Federal Court
844 N. King
St. Wilmington DE 19801